**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| MICHAEL CHAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC,<br><br>Defendants. | Civil Action No. 1:26-cv-13442-DJC |
| JASON GORDON, ARIE WEISSMANN, and JOHNNY HARRIS, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRAFTKINGS INC. and GUS III LLC d/b/a DRAFTKINGS PREDICTIONS,<br><br>Defendants. | Civil Action No. 1:26-cv-13525-WGY |

**ASSENTED-TO MOTION AND [PROPOSED] ORDER TO SET SCHEDULE FOR AMENDED COMPLAINTS AND RESPONSES**

WHEREAS, Plaintiffs in the above-captioned cases have moved to consolidate the two actions, *see Chan v. DraftKings Inc.* ("*Chan*"), No. 1:26-cv-13442-DJC, Dkt. 18; *Gordon v. DraftKings Inc.* ("*Gordon*"), No. 1:26-cv-13525-WGY, Dkt. 11;

WHEREAS, the motion was granted in part and denied in part in *Gordon*, *see* Dkt. 16 ("These two cases will be consolidated for pre-trial purposes only. Motion otherwise denied.");

WHEREAS, the motion remains pending in *Chan*, and following Plaintiffs' Assented to Motion for a Status Conference to receive guidance from the Court regarding that pending motion, *Chan* Dkt. 43, a conference was set for October 6, 2026 before Magistrate Judge Levenson, *Chan*

Dkt. 44;

WHEREAS, regardless of the outcome of the motion for consolidation, Plaintiffs intend to amend their complaint(s) within 30 days of the Court's order on the motion in *Chan*;

WHEREAS, Defendants have opposed consolidation of *Chan* and *Gordon* except for pretrial purposes, and have opposed Plaintiffs' request to file an amended consolidated complaint, but Defendants do not oppose Plaintiffs amending their separate complaints;

WHEREAS, Defendants' current deadline to respond to Plaintiffs' complaints is October 6, 2026, in both cases, *see Chan* Dkt. 19; *Gordon* Dkts. 8-9;

WHEREAS, Defendants requested and received one previous extension to their response deadline in *Chan*, *see* Dkt. 19, and have not previously requested any extension in *Gordon*;

NOW, THEREFORE, IT IS HEREBY REQUESTED, subject to the Court's approval, that:

1. Defendants are relieved of their obligation to respond to the current complaints;
2. Plaintiffs shall file amended complaint(s) within 30 days of the Court's order on the motion for consolidation in *Chan*; and
3. Defendants and Plaintiffs shall meet and confer on a date to respond to such amended complaint(s).

Respectfully submitted this 29th day of September 2026.

SO ORDERED.

________________________
Date

____________________________________
The Honorable William G. Young

DATED: September 29, 2026

Respectfully submitted,

/s/ Andrew S. Dulberg
Andrew S. Dulberg (BBO#675405)
Peter D. Kalicki (BBO#711875)
WILMER CUTLER PICKERING HALE AND DORR LLP
60 State Street
Boston, MA 02109
Telephone: 617.526.6352
Facsimile: 617.526.5000
Andrew.Dulberg@wilmerhale.com
Peter.Kalicki@wilmerhale.com

Richard R. Patch *(pro hac vice)*
Timothy P. Crudo *(pro hac vice)*
Charmaine G. Yu *(pro hac vice)*
Marcia Valadez Valente *(pro hac vice)*
Rachel Rose Suhr *(pro hac vice)*
COBLENTZ PATCH DUFFY & BASS LLP
One Montgomery Street, Suite 3000
San Francisco, CA 94104-5500
Telephone: 415.391.4800
Facsimile: 415.989.1663
ef-rrp@coblentzlaw.com
ef-tpc@cpdb.com
ef-cgy@cpdb.com
ef-mvv@cpdb.com
ef-rrs@cpdb.com

Jacob T. Spencer *(pro hac vice)*
Abby H. Walters *(pro hac vice)*
GIBSON, DUNN & CRUTCHER LLP
1700 M Street, N.W.
Washington, D.C. 20036-4504
Telephone: 202.955.8500
Facsimile: 202.467.0539
jspencer@gibsondunn.com
ahwalters@gibsondunn.com

*Attorneys for Defendants DRAFTKINGS INC. and GUS III LLC*

**LOCAL RULE 7.1(a)(2) CERTIFICATE**

I, Andrew S. Dulberg, hereby certify that counsel for Defendants conferred with counsel for Plaintiffs regarding the relief requested in this Motion, and that Plaintiffs assent to the relief sought.

/s/ Andrew S. Dulberg
Andrew S. Dulberg

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, the foregoing document was filed electronically through the Court's CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Andrew S. Dulberg
Andrew S. Dulberg